CLEOFE MÉNDEZ SALAS, peticionario y apelante, *v.* GERARDO DELGADO, JEFE DE LA PENITENCIARÍA ESTATAL DE PUERTO RICO, demandado y apelado.

Número: 12848. Resuelto: 23 de junio de 1961.

*Cleofe Méndez Salas,* pro se; *J. B. Fernández Badillo, Procurador General* y *Genoveva R. de Carreras, Procurador General Auxiliar,* abogados del apelado.

PER CURIAM: Los hechos del caso de autos son esencialmente iguales a los que consideramos en *Hernández* v. *Delgado,* opinión *per curiam,* 82 D.P.R. 488 (1961), donde confirmamos una sentencia declarando sin lugar una petición de hábeas corpus, con el agravante de que en el presente, el propio apelante admite que un hermano suyo visitó al abogado defensor en dos o tres ocasiones con anterioridad a la celebración del juicio para "organizar la prueba" y trazar un plan de defensa y que los testigos que el acusado le mencionó al abogado declararon en su defensa.

Claramente estos hechos caen dentro de lo resuelto en *Hernández* v. *Delgado,* supra, *por lo que procede la confirmación de la sentencia apelada.*